AO 93 (Rev. 5/85) Search Warrant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
An Express Mail Parcel, label# EH128244028US, approximately 16" X 16" X 8.5" addressed to Sandra Ochoa, 3589 Tom Brow Rd, Franklin ville, NC, 27248, bearing a return address of Guadalupe Ochoa, 223 E Commercial ave, LA Feria, Tx, 78559.

**SEARCH WARRANT**

CASE NUMBER: M-08-5329-M

TO: Manuel P. Zavala and any Authorized Officer of the United States

Affidavit(s) having been made before me by Manuel P. Zavala who has reason to believe that ___ On the person of or **X** on the premises known as (name, description and/or location)

An Express Mail Parcel, label# EH128244028US, approximately 16" X 16" X 8.5" addressed to Sandra Ochoa, 3589 Tom Brow Rd, Franklin ville, NC, 27248, bearing a return address of Guadalupe Ochoa, 223 E Commercial ave, LA Feria, Tx, 78559.

In the SOUTHERN District of TEXAS There is now concealed a certain person or property, namely (describe the person or property)

Property that constitutes evidence of the commission of a criminal offense; or, contraband, the fruits of crime, or thing otherwise criminally possessed;

**Evidence of a violation of Title 21, United States Code, Section(s) 841(a)(1), 843(b) and 846.**

**Search is authorized for narcotics and/or proceeds of narcotic trafficking.**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HERE BY COMMANDED to search on or before 8/30/2008
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or Property seized and promptly returned this warrant to Peter E Ormsby as required by law.
U.S. Judge or Magistrate Judge

August 20, 2008   4:21/pm   at   McAllen, TX
Date and Time Issued                    City and State

Peter E Ormsby,   U. S. Magistrate Judge
Name and Title of Judicial Officer        Signature of Judicial Officer

M08-5329-M

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>8-20-08 | DATE AND TIME WARRANT EXECUTED<br>8-20-08   6:30p | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF
M Zaul / R Dukes

United States District Court
Southern District of Texas
AUG 2 6 2008
Michael N. Milby, Clerk

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

— One plastic wrapped bundle weighing approximately 19 lbs 7oz with green leafy substance which field tested positive for marijuana

— One cardboard box with packing material.

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Roxanne Dukes*

Subscribed, sworn to and returned before me this date.

_____   8/26/2008
U.S. Judge or Magistrate          Date